FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 17 2013

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

    vs.                                            No. 11-CR-00007 JP

ERVEY ORTEGA-SUAREZ,

    Defendant.

## ORDER FOR DISPOSAL OF CLIENT PROPERTY
(For Magistrate Signature)

THIS MATTER having come before the Court on the Motion of the Office of the Federal Public Defender to dispose of property belonging to its client, Mr. Ortega-Suarez, whom the Office of the Federal Public Defender is unable locate in order to return this property, and the Court finding good cause;

IT IS THEREFORE ORDERED that the Office of the Federal Public Defender is allowed to dispose of property of Mr. Ortega-Suarez, either by donating this property to a charitable organization or by destroying or disposing of the property.

_Robert H. Scott_
UNITED STATES MAGISTRATE JUDGE

Submitted by:
PHILLIP P. MEDRANO
Assistant Federal Public Defender